IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN DUANE OSBORN,                                                 CV. 07-664-HU

        Petitioner,                                                          ORDER

   v.

JEAN HILL,

        Respondent.

HAGGERTY, Judge

    Petitioner's motion to voluntarily dismiss his habeas petition (#26) is GRANTED. This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this 1st day of August, 2008.

                                              /s/ Ancer L. Haggerty
                                              Ancer L. Haggerty
                                              United States District Judge